IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action No. 99-cr-00342-DBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THOMAS HOWARD STANPHILL, III,

        Defendant.

_____

ORDER DENYING MOTION AS MOOT
_____

In reviewing the Clerk's file following the death of Judge Daniel B. Sparr, it appears that counsel for defendant Thomas Howard Stanphill, III, filed a motion to reconsider Judge Sparr's Order Denying Recommendation for Placement of Sentence on August 20, 2003, which the government opposed. The issue raised related to the alleged need of Mr. Stanphill to obtain medical assistance. It appears from information from the Bureau of Prisons that Mr. Stanphill was released from imprisonment on Judge Sparr's sentence on April 30, 2004. It is therefore

ORDERED that the motion to reconsider is denied as moot.

DATED: June 11th , 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge